DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
LISA B. BERKOWITZ, State Bar #167657
ROSE-ELLEN H. FAIRGRIEVE, State Bar #181257
Deputy City Attorneys
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3825
Facsimile:    (415) 554-4248
E-Mail:       lisa.berkowitz@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT HAYNES, BOB BERKOVATZ, HAROLD FIELDS, RICHARD A. HALEY, CARLOS LOPEZ, ZALDY R. RALLETA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY & COUNTY OF SAN FRANCISCO, AND DOES 1 THROUGH 100, INCLUSIVE<br><br>Defendants. | Case No. C07-0691<br><br>**STIPULATION TO CONTINUE ENE; SUPPORTING DECLARATION OF LISA B. BERKOWITZ AND [PROPOSED] ORDER**<br><br>Civl L.R. 7-13<br>ADR L.R. 5-5 |

    Plaintiffs Scott Haynes, Bob Berkovatz, Harold Fields, Richard A. Haley, Carlos Lopez, Zaldy R. Ralleta, and Defendant City and County of San Francisco ("City") hereby stipulate and request that the Court continue the deadline to conduct an Early Neutral Evaluation for 60 days, from July 24, 2007 to September 24, 2007. The parties seek this continuance due to scheduling conflicts and outstanding discovery issues as set forth in the accompanying declaration of Lisa B. Berkowitz.

IT IS SO STIPULATED.

Dated: 7/24/07

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney
LISA B. BERKOWITZ
ROSE-ELLEN H. FAIRGRIEVE
Deputy City Attorneys

By: _____
LISA B. BERKOWITZ
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated:

MURRAY & ASSOCIATES

_____ NOAH KANTER
LAWRENCE D. MURRAY         for L.D.M.

Attorney for Plaintiffs
SCOTT HAYNES, BOB BERKOVATZ,
HAROLD FIELDS, RICHARD A. HALEY,
CARLOS LOPEZ, and ZALDY R. RALLETA

STIPULATION TO CONT. ENE & [PROPOSED]ORDER   2   N:\LABOR\LI2007\061492\00427076.DOC
CASE NO. C07-0691

I, Lisa Berkowitz declare as follows:

1. I am a Deputy City Attorney for the City and County of San Francisco. I am counsel of record for defendant City and County of San Francisco ("City") in this action. I am admitted to practice law in California and to appear before this Court. I have personal knowledge of the facts in this declaration, and if called upon to testify, I could and would testify competently to the facts contained herein.

2. According to the Court's previous order, the parties were supposed to have the Early Neutral Evaluation completed by July 24, 2005. The parties were contacted by email a few weeks ago by Ms. Sabrina Ahia, the assistant to Mr. James Fitzgerald, who has been appointed the Early Neutral Evaluator in this case. Ms. Ahia attempted to arrange dates for the parties to have a telephone conference with Mr. Fitzgerald in which the parties were to discuss scheduling the ENE, as well as any tangential issues regarding logistics, who would appear at the ENE, etc. Because of scheduling issues mainly on the part of plaintiff's counsel and Mr. Fitzgerald, this telephone conference call has not yet occurred. (See most recent attached email correspondence.)

3. The parties have not yet started taking depositions in this case. The plaintiffs depositions are all scheduled for the last two weeks of August. Plaintiff has tentatively set depositions for employees of the City for the first week of September. Additionally, the parties have recently served their first set of written discovery. The parties believe that the ENE would be more productive after these depositions have been completed and initial discovery responses have been served. Thus, the parties are requesting an extension of the deadline to participate in the ENE until September 24, 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed July 24, 2007, at San Francisco, California.

LISA B. BERKOWITZ

# ORDER

PURSUANT TO STIPULATION, the deadline for the parties to conduct the Early Neutral Evaluation in this case is extended to September 24, 2007.

Dated: July 25, 2007



HON. _____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

# EXHIBIT A



"Sabrina Ahia" <Sabrina.Ahia@McNamaraLaw.com>
07/23/2007 10:45 AM

To: <Claudia_Forehand@cand.uscourts.gov>
cc: <Lisa.Berkowitz@sfgov.org>
bcc:
Subject: RE: Haynes v. City & County of SF - C07-691 MHP ENE

Ms. Forehand - Ms. Berkowitz has been very helpful and available during all of the times we have suggested to try to get this phone conference scheduled. Plaintiff's counsel had been a little more difficult to schedule due to their schedule/vacation to pin down a date and time. Hopefully with the extension we can get the phone conference completed in the next week or so. Thanks for your help.

-----Original Message-----
From: Claudia_Forehand@cand.uscourts.gov
[mailto:Claudia_Forehand@cand.uscourts.gov]
Sent: Monday, July 23, 2007 10:38 AM
To: Lisa Berkowitz
Cc: Daydrmn@aol.com; jcwong33@hotmail.com; nwkanter@yahoo.com; Sabrina Ahia
Subject: RE: Haynes v. City & County of SF - C07-691 MHP ENE


Dear Ms. Berkowitz,

Thank you for your email. I responded directly to you because you suggested that Mr. Fitzgerald's office contact the ADR Unit to get an extension by phone. I appreciate your being pro active and taking on the responsibility for filing the appropriate paperwork.

Claudia M. Forehand
ADR Case Administrator
US District Court - NDCA
tel: (415) 522-2059
fax: (415) 522-4112
claudia_forehand@cand.uscourts.gov



|   | Lisa Berkowitz <Lisa.Berkowitz@sfgov.org> 07/23/2007 10:17 AM | |
|---|---|---|
| To | | Claudia_Forehand@cand.uscourts.gov |
| cc | | Daydrmn@aol.com, jcwong33@hotmail.com, nwkanter@yahoo.com, "Sabrina Ahia" |

&lt;Sabrina.Ahia@McNamaraLaw.com&gt;

Subject                            RE: Haynes v. City & County of SF

                                   C07-691 MHP ENE

Ms. Forehand:
Please be advised that any delay in getting this ENE done is not due to the City. The City has been prepared to attend this ENE for over a month now. It is unclear to me why the City now has the burden of preparing the paperwork to continue the ENE when the apparent delay has been due to Plaintiff's counsel's and Mr. Fitzgerald's scheduling issues. That being said, in an effort of good faith and since it is my understanding that plaintiff's lead counsel is on vacation this week, I will prepare the stipulation for Judge Patel's signature.

Sincerely,
Lisa Berkowitz


Claudia_Forehand@cand.uscourts.gov

To
07/23/2007 08:45 AM        Lisa Berkowitz &lt;Lisa.Berkowitz@sfgov.org&gt;

cc
                           Daydrmn@aol.com, jcwong33@hotmail.com,
                           nwkanter@yahoo.com, "Sabrina Ahia"
                           &lt;Sabrina.Ahia@McNamaraLaw.com&gt;

| | |
|---|---|
| Subject | RE: Haynes v. City & County of SF - C07-691 MHP ENE |

Dear Ms. Berkowitz,

Please refer to ADR Local Rule 5-5.  Only the assigned Judge can extend the ENE session deadline.  My records reflect the deadline to complete ENE is 90 days from the 4/25/2007 Order referring this case to ENE. Please prepare and file a Stipulation and [Proposed] Order requesting an extension ASAP.  Thank you.

Claudia M. Forehand
ADR Case Administrator
US District Court - NDCA
tel: (415) 522-2059
fax: (415) 522-4112
claudia_forehand@cand.uscourts.gov

| | | |
|---|---|---|
| To | Lisa Berkowitz <Lisa.Berkowitz@sfgov.org> 07/19/2007 10:51 AM | "Sabrina Ahia" <Sabrina.Ahia@McNamaraLaw.com> |
| cc | | claudia_forehand@cand.uscourts.gov, Daydrmn@aol.com, jcwong33@hotmail.com, nwkanter@yahoo.com |
| Subject | | RE: Haynes v. City & County of SF |

perhaps Jim can get an extension by contacting the ADR Unit by phone.

Can we do 10 a.m. on Monday for the phone conference?  I believe in a previous email, Mr. Murray said he was out of the Bay area for 2 weeks beginning july 23rd.  I am thus cc-ing his office manager, Jonathan Wong and his associate Noah Kanter on this email as well.

Lisa Berkowitz


"Sabrina Ahia"
<Sabrina.Ahia@McNamaraLaw.com>

To
07/19/2007 10:17 AM                          "Lisa Berkowitz"
                                             <Lisa.Berkowitz@sfgov.org>

cc

<claudia_forehand@cand.uscourts.
                                             gov>, <Daydrmn@aol.com>

Subject
                                             RE: Haynes v. City & County of
                                             SF


I think one of the parties might need to get an extension to hold the actual ENE conference because all parties would need to be there and next week is not enough notice for anyone to do briefs etc.  Jim is in deposition all day today and tomorrow so next week is the earliest he can do the phone conference since it didn't work out for this week.
-----Original Message-----
From: Lisa Berkowitz [mailto:Lisa.Berkowitz@sfgov.org]
Sent: Thursday, July 19, 2007 10:14 AM
To: Sabrina Ahia
Cc: claudia_forehand@cand.uscourts.gov; Daydrmn@aol.com
Subject: RE: Haynes v. City & County of SF

Sabrina - If we have the phone conference monday morning, that only leaves 2 days to schedule the ENE per your calculations. Can we schedule the ENE now through email for either monday, july 23rd at 9:30 a.m. or for Wed., July 25, at 9:30 a.m.  I can do it the 24th, but it would be difficult.  My calendar is filling up and I sort of need to get this scheduled.

And can we possibly have the phone conference anytime between now and tomorrow at 5:30pm?

thanks
Lisa


"Sabrina Ahia"
<Sabrina.Ahia@McNamaraLaw.com>

To
07/19/2007 09:04 AM                               "Lisa Berkowitz"
                                                  <Lisa.Berkowitz@sfgov.org>,
                                                  <Daydrmn@aol.com>

cc

<claudia_forehand@cand.uscourts.g
                                                  ov>

Subject
                                                  RE: Haynes v. City & County of
SF


From the paperwork we have, the ENE in this case is supposed to be completed by 7/25.  We are available on Monday morning at 9:30 or in the afternoon anytime for the initial phone conference.  Please advise if that would work for both of you.  Thanks. -----Original Message-----
From: Lisa Berkowitz [mailto:Lisa.Berkowitz@sfgov.org]
Sent: Wednesday, July 18, 2007 5:56 PM
To: Daydrmn@aol.com
Cc: Sabrina Ahia
Subject: Re: Haynes v. City & County of SF


Sabrina - Didn't hear back from you today.  We should probably get this phone conference done, as I think the time deadline for us to have the ENE is August 7th.  (This could be wrong - I cannot find Mr.

Fitzgerald's letter at the moment.)

I can make myself available tomorrow, thursday from 10:30-11:30.  I am also available all day on Friday. If Mr. Fitzgerald is only available tomorrow afternoon, perhaps Mr. Murray can have Mr. Henning or Mr. Kanter conduct the conference in his absence.

To counsel and Mr. Fitzgerald - a heads up that I am unavailable for the ENE on August 3, 6, and 7th.  We have a hearing in this case at 2pm on July 30th, which makes that date difficult.  And I have an appt. at 4pm on July 31st.

Best dates for the ENE for me at this time:  Friday July 27th, Wed., Aug. 1, or Thurs., Aug. 2nd.

thanks
Lisa Berkowitz



Daydrmn@aol.com


07/17/2007 02:42
To
PM                                      Sabrina.Ahia@McNamaraLaw.com,
                                        Lisa.Berkowitz@sfgov.org

cc


Subject
                                        Re: Haynes v. City & County of SF









I am available all day Wednesday, Thursday morning til noon, and all day Friday.


Larry Murray

Murray & Associates
1781 Union Street
San Francisco, CA 94123
phone: 415/673-0555
fax 415/928-4084

cell 415/240-2382

This electronic mail communication may contain privileged and confidential attorney-client communications and/or attorney work product. If you have received this communication in error or are not the intended recipient, please delete the communication without using, copying or otherwise disseminating it. Please notify sender that you received the message in error.


Get a sneak peek of the all-new AOL.com.