DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
LISA B. BERKOWITZ, State Bar #167657
ROSE-ELLEN H. FAIRGRIEVE, State Bar #181257
Deputy City Attorneys
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3825
Facsimile:      (415) 554-4248
E-Mail:          lisa.berkowitz@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT HAYNES, BOB BERKOVATZ, HAROLD FIELDS, RICHARD A. HALEY, CARLOS LOPEZ, ZALDY R. RALLETA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY & COUNTY OF SAN FRANCISCO, AND DOES 1 THROUGH 100, INCLUSIVE<br><br>Defendants. | Case No. C07-0691<br><br>**SECOND STIPULATION TO CONTINUE ENE; SUPPORTING DECLARATION OF LISA B. BERKOWITZ AND [PROPOSED] ORDER**<br><br>Civl L.R. 7-13<br>ADR L.R. 5-5 |

1  Plaintiffs Scott Haynes, Bob Berkovatz, Harold Fields, Richard A. Haley, Carlos Lopez, Zaldy R. Ralleta, and Defendant City and County of San Francisco ("City") hereby stipulate and request that the Court continue the deadline to conduct an Early Neutral Evaluation from September 24, 2007 to October 18, 2007. The parties seek this continuance due to scheduling conflicts and outstanding discovery issues as set forth in the accompanying declaration of Lisa B. Berkowitz.

IT IS SO STIPULATED.

Dated: 9/24/07

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney
LISA B. BERKOWITZ
ROSE-ELLEN H. FAIRGRIEVE
Deputy City Attorneys

By: _____
LISA B. BERKOWITZ
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: 9-24-07

MURRAY & ASSOCIATES

_____
LAWRENCE D. MURRAY
Attorney for Plaintiffs
SCOTT HAYNES, BOB BERKOVATZ,
HAROLD FIELDS, RICHARD A. HALEY,
CARLOS LOPEZ, and ZALDY R. RALLETA

I, Lisa Berkowitz declare as follows:

1. I am a Deputy City Attorney for the City and County of San Francisco. I am counsel of record for defendant City and County of San Francisco ("City") in this action. I am admitted to practice law in California and to appear before this Court. I have personal knowledge of the facts in this declaration, and if called upon to testify, I could and would testify competently to the facts contained herein.

2. According to the Court's Order granting the parties' first request for a continuance of the deadline to complete the Early Neutral Evaluation, the ENE should have been completed by September 24, 2007. The parties were scheduled for an ENE on September 20, 2007 with ENE evaluator James Fitzgerald, in anticipation of complying with that deadline. On September 13, 2007, counsel, with the exception of Mr. Lawrence Murray, participated in a telephone conference call with James Fitzgerald in regards to the specifics of the ENE that was scheduled for the following week. Several issues were discussed, including plaintiffs' counsel Noah Kanter's statement that Mr. Murray was not intending to be at the September 20, 2007 ENE. Mr. Murray is listed as lead counsel for plaintiffs in this case. Additionally, the parties' needed to take additional discovery to make the ENE process productive. Mr. Fitzgerald suggested that the parties continue the ENE for a short time period so that Mr. Murray would attend and necessary discovery would be completed.

3. The parties had a follow up conference call with Howard Herman of the Court's ADR program on September 20, 2007. Mr. Murray participated in that telephone call. It was agreed among all parties and with Mr. Fitzgerald's office that the ENE should go forward on October 11, 2007. Mr. Murray is in trial beginning October 1, 2007, so the parties were unable to make the ENE date any earlier. The parties believe that the ENE would be more productive afte depositions have been completed and initial discovery responses have been served. Thus, the parties are requesting an extension of the deadline to participate in the ENE until October 18, 2007. (I am suggesting a date a week later than the October 11, 2007 ENE in an abundance of caution, and to give Mr. Fitzgerald a few days to report back to the Court on the ENE.)

STIPULATION TO CONT. ENE & [PROPOSED]ORDER      3           N:\LABOR\LI2007\061492\00438983.DOC
CASE NO. C07-0691

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed September 21, 2007, at San Francisco, California.

LISA B. BERKOWITZ

### ORDER

PURSUANT TO STIPULATION, the deadline for the parties to conduct the Early Neutral Evaluation in this case is extended to October 18, 2007.

Dated: 10/1/2007



IT IS SO ORDERED
Judge Marilyn H. Patel