Lawrence D. Murray (SBN 77536)
MURRAY & ASSOCIATES
1781 Union Street
San Francisco, CA 94123
Tel: (415) 673-0555 Fax: (415) 928-4084
Attorneys for Plaintiffs SCOTT HAYNES, BOB BERKOVATZ, HAROLD FIELDS, RICHARD A. HALEY, CARLOS LOPEZ, ZALDY R. RALLETA,

Lisa Berkowitz (SBN 167657)
San Francisco City Attorney Office
1390 Market Street, 5th Floor
San Francisco, CA 94102
Tel: (415) 554-3800 Fax: (415) 554-4248
Attorney for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT HAYNES, BOB BERKOVATZ, HAROLD FIELDS, RICHARD A. HALEY, CARLOS LOPEZ, ZALDY R. RALLETA,<br><br>Plaintiff,<br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, Does 1 through 100, inclusive,<br>Defendants. | No. C-07-0691 MHP<br><br>STIPULATED REQUEST AND ~~PROPOSED~~ ORDER FOR DISMISSAL OF PLAINTIFFS' COMPLAINT WITH PREJUDICE WITH MUTUAL WAIVER OF COSTS & FEES<br><br>[FRCP Rule 41] |

////
////
////
////
////
////
////

1  Plaintiffs, in the above entitled matter, hereby request the order of the court dismissing all
2  claims in the above listed case with prejudice. The parties, by and through their attorneys, stipulate to
3  the order of the court for dismissal with mutual wavier of costs and fees, each to bear their own.

DATED: February 7, 2008

Respectfully submitted,

MURRAY & ASSOCIATES

*/s/ Lawrence D. Murray*
LAWRENCE D. MURRAY
Attorney for Plaintiffs SCOTT HAYNES, BOB BERKOVATZ, HAROLD FIELDS, RICHARD A. HALEY, CARLOS LOPEZ, ZALDY R. RALLETA

SAN FRANCISCO CITY ATTORNEY'S OFFICE

Dated: February 7, 2008

*/s/ J. Berkowitz*
DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Deputy
LISA B. BERKOWITZ
Deputy City Attorney
Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO

~~PROPOSED~~ ORDER

BASED ON THE ABOVE STIPULATION, the Court hereby orders Plaintiffs' entire Complaint dismissed with prejudice, each party to bear its own costs and fees.

2/8/2008                    HON. MARILYN H. PATEL
                            U.S. District

**IT IS SO ORDERED**
*/s/ Marilyn Patel*
Judge Marilyn H. Patel
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)